IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES O F AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO.   2:07CR-94-WKW |
| | ) | |
| TOMMY J. THORNTON | ) | |

**ORDER TO PRODUCE PRISONER
FOR ARRAIGNMENT**

TO:   The United States Marshal and his Deputies:

**ARRAIGNMENT** is hereby set for **May 23, 2007** in the above-styled cause.

You are **DIRECTED** to produce the following named prisoner:

**TOMMY J. THORNTON**

before the United States District Court at Montgomery, Alabama in **Courtroom 4-A** on the **23rd** day of **May 2007** at **10:30 o'clock a. m.**

DONE this 11th day of May, 2007.

TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

By: _____
Deputy Clerk

cc:   U.S. Attorney
U.S. Pretrial Services
U.S. Probation
Federal Defenders