UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-00094-WKW |
| | ) | |
| TOMMY J. THORNTON | ) | |

**ORDER**

Upon consideration of the government's Motion to Strike Forfeiture Allegation (Doc. # 19), and for good cause shown, it is ORDERED that the motion is GRANTED and that the forfeiture allegation is stricken from the Indictment.

DONE this 31st day of July, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE