UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:07-cr-00094-WKW |
| | ) | |
| TOMMY J. THORNTON | ) | |

**<u>ORDER</u>**

Upon consideration of the defendant's Motion to Extend Plea Deadline (Doc. # 20), it is

ORDERED that the motion is GRANTED.  The plea deadline is extended to **August 1, 2007.**

DONE this 31st day of July, 2007.

                                              /s/  W.  Keith Watkins
                                             UNITED STATES DISTRICT JUDGE

Case 2:07-cr-00094-WKW-TFM     Document 25     Filed 07/31/2007     Page 1 of 1