**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:07 -cr-94 -WKW** |
| | ) | |
| **TOMMY JEROD THORNTON** | ) | |

**MOTION TO DECREASE DEFENDANT'S OFFENSE LEVEL**
**PURSUANT TO § 3E1.1(b), UNITED STATES SENTENCING GUIDELINES**
**(ACCEPTANCE OF RESPONSIBILITY)**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves this Court to reduce by one (1) level Defendant's offense level based on his acceptance of responsibility.  As grounds for this Motion, the United States avers as follows:

On May 9, 2007, the United States filed a one-count indictment against the Defendant. Defendant notified the United States of his intent to plead guilty to the indictment sufficiently early to permit the government to avoid preparing for trial and to allocate its resources efficiently.  Defendant pled guilty on August 2, 2007.

Therefore, pursuant to United States Sentencing Guidelines § 3E1.1(b), as amended, the United States makes this formal motion for a one-level reduction in the Defendant's offense level for acceptance of responsibility such that the total reduction in offense level for the Defendant's acceptance of responsibility shall be three (3) levels.

WHEREFORE, the United States respectfully requests that this Motion be GRANTED and that the Court reduce Defendant's offense level by one level for his acceptance of responsibility.

Respectfully submitted this 23rd day of October, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, AL 36104
334.223.7280
334.223.7135 fax
susan.redmond@usdoj.gov

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:07 -cr-94 -WKW** |
| | ) | |
| **TOMMY JEROD THORNTON** | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2007, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which will send notification of such filing to attorney for the

Defendant: Kevin L. Butler.


Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Susan R. Redmond
SUSAN R. REDMOND
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
Telephone: (334) 223-7280
Fax: (334) 223-7135
susan.redmond@usdoj.gov

3